

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00311-CV

| | | |
|---|---|---|
| TEPHNEY TRAWEEK, INDIVIDUALLY AND AS NEXT FRIEND OF B.A., A MINOR, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2018478) |
| V. | § | February 25, 2021 |
| WILLIAM RAY LONG, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was reversible error in the trial court's summary-judgment order. It is ordered that the trial court's summary-judgment order is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that appellee William Ray Long shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker